UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ETHOS GROUP, INC.,

    Plaintiff,

v.                                      Case No. 3:22-cv-485-TJC-LLL

JAB MEDIA LLC,

    Defendant.

## **O R D E R**

    This case is before the Court on Plaintiff Ethos Group, Inc.'s Renewed Motion for Default Judgment (Doc. 24). On May 25, 2023, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 26) recommending that the motion be granted, default judgment be entered against Defendant Jab Media, LLC, and Defendant be enjoined from infringing Plaintiff's trademarks. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 26), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 26) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Renewed Motion for Default Judgment (Doc. 24) is **GRANTED as follows:**

   a. The Clerk is directed to **ENTER DEFAULT JUDGMENT** against Defendant Jab Media, LLC, on the claims for trademark infringement under 15 U.S.C. § 1114(1)(a) and the Florida common law (Counts I and II) and unfair competition under 15 U.S.C. § 1125(a) (Count III).

   b. Defendant Jab Media, LLC, and all persons acting on Jab Media's behalf, in concert with Jab Media, or under Jab Media's control are **PERMANENTLY ENJOINED** from using any of Ethos' trademarks, selling any products or services using Ethos' trademarks, and advertising any products or services using any of Ethos' trademarks.

3. All other claims against Jab Media, LLC, are **DISMISSED without prejudice**.

4. The Clerk should terminate any pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 26th day of June, 2023.



rmv
Copies to:

Honorable Laura Lothman Lambert
United States Magistrate Judge

Counsel of record